# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAYVONE OWENS,<br><br>        Plaintiff,<br><br>v.<br><br>RODRIGUEZ, *et al.*,<br><br>        Defendants. | Case No. 3:22-cv-00509-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION FOR DISMISSAL WITH PRJUDICE |

Plaintiff, Shayvone Owens, and Defendants Rodriguez, Kirkland, Brown, and Jacob, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this case be dismissed with prejudice.

///
///
///
///
///
///
///
///

The parties further stipulate and agree that the parties are to bear their own attorney's fees and costs. As the parties have resolved this matter in its entirety, the Court may close this case. Any outstanding deadlines are considered moot.

DATED this 2nd day of May, 2023.

DATED this 2nd day of May, 2023.

AARON D. FORD
Attorney General

By: *Shayvone Owens*
Shayvoné Owens, #1222749
Plaintiff, *Pro Se*

By: /s/ *Samuel L. Pezone, Jr.*
Samuel L. Pezone Jr. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Interested Party*
*Nevada Department of Corrections*

**IT IS SO ORDERED.**

Anne R. Traum
United States District Court Judge

DATED: May 3, 2023